IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| CINDY SULLIVAN,[1] | § |
| | § No. 515, 2024 |
| Respondent Below, | § |
| Appellant, | § Court Below–Family Court |
| | § of the State of Delaware |
| v. | § |
| | § File No. CN19-03758 |
| KIRA WILSON, | § Petition No. 23-05045 |
| | § |
| Petitioner Below, | § |
| Appellee, | § |
| | § |
| and | § |
| | § |
| SCOTT WILSON, | § |
| | § |
| Respondent Below, | § |
| Nominal Appellee. | § |

Submitted: March 13, 2026
Decided: May 15, 2026

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## ORDER

After consideration of the appellant's supplemental brief and the record on appeal, we find it evident that the Family Court's judgment should be affirmed. The Family Court's factual findings are supported by the record, and we can discern no error in the court's application of the law to the facts.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice